1 Denise Bourgeois Haley
Attorney at Law: 143709
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com
5
Attorneys for Plaintiff
6 Anita L. Heredia

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ANITA L. HEREDIA, | Case No.: CV 10-5240 MMM (FFM) |
| Plaintiff, | {**AMENDED** ~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,200.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $0 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Amended Stipulation.

DATE: August 19, 2011

      /S/ FREDERICK F. MUMM
      THE HONORABLE FREDERICK F. MUMM
      UNITED STATES MAGISTRATE JUDGE

-1-